# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00619-CR

**Wesley Edward Machac, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 08-594-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Wesley Edward Machac perfected an appeal from his conviction for driving while intoxicated. The clerk's fee has not been paid, and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). The Court notified appellant's retained attorney that the appeal would be dismissed if payment was not made. The Court received no response to this notice, and payment has not been made. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed:  March 9, 2010

Do Not Publish